MONTEMURO, J., is sitting by designation.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant,

v.

Joel L. DIAMOND.

Supreme Court of Pennsylvania.

Argued Jan. 24, 1994.

Decided Jan. 19, 1995.

Timothy P. Wile, Lansdale, Harold H. Cramer, Philadelphia, John L. Heaton, Harrisburg, for Comm., D.O.T.

Bernard M. Berman, Stephen M. Asbel, Media, for J. Diamond.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

Sovereign Immunity Act, 42 Pa.C.S. § 8521 *et seq.* since the Commonwealth has not waived its immunity to actions involving intentional torts.

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.